UNTIED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the Matter of:

Mathson Industries Inc.,            Chapter 7
                                        Case No. 09-42894-tjt
                                        Honorable Thomas J Tucker

        Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check(s), totaling in the amount of **$1,312.19** represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a).

The name (s) and address (es) of the Party (ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Radici Plastics USA<br>PO Box 546<br>Columbia, Sc  29202 | 9 | $154.17 |
| Entec Polymers, LLC<br>Attn: Melissa Lindsay<br>800 Connecticut Avenue<br>Norwalk, CT  06854 | 35 | $1,158.02 |

                                        Respectfully Submitted,

                          By:    /s/ Wendy Turner Lewis
                                        Wendy Turner Lewis (P39505)
                                        Chapter 7 Trustee
                                        444 West Willis Street, Suite 101
                                        Detroit, MI  48201
                                        (313) 832-5555
Dated:  November 8, 2011               trustee@lewistrustee.com